Hábeas Corpus:

Núm. 109.—Ex parte Sánchez, et als., peticionarios, *v.* Lugo, Alcaide de Cárcel, dmdado.— Julio 23, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, Miguel Sánchez León, Juan Tapia, Benjamín Laureano y Carlos Ferrer presentaron a esta Corte una solicitud de hábeas corpus, habiéndose el auto expedido y puesto a los peticionarios en libertad provisional mediante fianzas que prestaron de trescientos dólares cada uno; y

Por cuanto, el Fiscal de esta Corte Suprema presentó su informe por escrito manifestando su conformidad con la solicitud, y celebrada la vista del auto diligenciado el trece de junio último, quedó definitivamente sometido el caso para su decisión al Tribunal; y

Por cuanto, en el día de hoy y en el caso sobre *mandamus* Núm. 314 seguido por los peticionarios contra el Juez de la Corte de Distrito de San Juan Sr. Romany, se ha decidido que dicho juez no debió negarse a tramitar la apelación interpuesta por los dichos peticionarios contra su sentencia castigándolos por desacato, lo que necesariamente resuelve la cuestión planteada en este caso porque si procedía tramitar el recurso, procedía también la libertad provisional de los peticionarios mediante fianza mientras el mismo se resolviera:

Por tanto, se convierte en definitivo el auto expedido, pudiendo continuar en libertad provisional los peticionarios siempre que presten nuevas fianzas por trescientos dólares cada uno, de conformidad con los arts. 388, 389 y 375 del Código de Enjuiciamiento Criminal.

*Injunctions:*

Núm. 18.—Rodríguez et al., promoventes, *v.* Tesorero de P. R., dmdado.— Mayo 18, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la petición sobre *injunction* que antecede con la sola asistencia de la parte demandada, examinada la contestación a dicha petición y la certificación acompañada y apareciendo académica la cuestión envuelta, no ha lugar al remedio solicitado.